IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

BRENDA K. MILLER )
                                          )
v.                                   )          No. 2:13-0058
                                          )
CAROLYN W. COLVIN, )
    Acting Commissioner of )
    Social Security )

O R D E R

The defendant's motion for stay because of lapse of appropriations (Docket Entry No. 10) is DENIED as moot.

The defendant's motion to extend deadlines (Docket Entry No. 11) is GRANTED to the extent that the deadline for the defendant to file her answer is extended to November 1, 2013.

It is so ORDERED.

                                                     JULIET GRIFFIN
                                                     United States Magistrate Judge