IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| **BRENDA K. MILLER,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 2:13-cv-00058 |
| v. ) | |
| ) | Judge Nixon |
| **CAROLYN W. COLVIN,** ) | Magistrate Judge Griffin |
| **Commissioner of Social Security,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Pending before the Court is Defendant Commissioner of Social Security's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g), with Remand to Defendant ("Motion to Remand") (Doc. No. 22), filed with a Memorandum in Support (Doc. No. 23). Defendant states that "remand is warranted for further administrative proceedings that will include a new hearing." (*Id.* at 1.) Defendant also states that "Plaintiff's counsel has been contacted and she has no objection to this motion." (Doc. No. 22 at 1.)

The Court hereby **GRANTS** Defendant's Motion to Remand, and **REVERSES** and **REMANDS** this case to the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the __28th__ day of March, 2014.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT